IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-cr-30053-DWD |
| ) | |
| WESLEY K. WHITE, JR., ) | |
| ) | |
| Defendant. ) | |

### ORDER FINDING NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On August 31, 2022, the Court entered a Preliminary Order of Forfeiture (Doc. 49) against Defendant for the following seized property:

1. One Ruger AR556, 5.56 caliber semi-automatic rifle, bearing serial number 85451854;
2. One Springfield Armory U.S.A model XDS, .40 caliber firearm, bearing serial number S3521985; and
3. Any and all ammunition contained therein or seized therewith.

The Preliminary Order of Forfeiture stated the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1). The Government has now provided a sworn declaration that notice was published on an official government website, www.forfeiture.gov, for 30 consecutive days beginning June 16, 2025, and ending July 15, 2025. (Doc. 106-1). No third party filed a petition, within 30 days after the last date of the publication, to allege an interest in the property under § 853(n)(2).

Consequently, the Court **FINDS**, pursuant to § 853(n)(7), that no third-party

1

petitions were filed and that the United States of America has clear title to the above-described property that was the subject of the Preliminary Order of Forfeiture, namely:

1. **One Ruger AR556, 5.56 caliber semi-automatic rifle, bearing serial number 85451854;**
2. **One Springfield Armory U.S.A model XDS, .40 caliber firearm, bearing serial number S3521985; and**
3. **Any and all ammunition contained therein or seized therewith.**

The United States Marshal shall dispose of the property according to law.

Consistent with this Order, the Government's Motion for an Order Finding No Third-Party Interests is **GRANTED**. (Doc. 107).

**SO ORDERED**.

Dated: October 16, 2025.

s/ *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge
